**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6930**

_____

BENJAMIN WILLIAM FAWLEY,

                Plaintiff - Appellant,

        v.

WILLIAM  E.  JOHNSON,  Esquire;  CHRISTOPHER  J.  COLLINS,
Esquire;  JOHN  S.  GILL,  Commonwealth  Attorney;  JOHN  C.
BULLARO,  Special  Prosecutor;  WILLIAM  H.  SHAW,  III,  Judge,
Mathews  County  Circuit  Court;  COMMONWEALTH  OF  VIRGINIA;
COUNTY OF MATHEWS, Virginia,

                Defendants - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.    Mark  S.  Davis,  District
Judge.  (2:10-cv-00175-MSD-FBS)

_____

Submitted:  August 26, 2010          Decided:  September 7, 2010

_____

Before  KING  and  DUNCAN,  Circuit  Judges,  and  HAMILTON,  Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Benjamin William Fawley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin William Fawley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fawley v. Johnson</u>, No. 2:10-cv-00175-MSD-FBS (E.D. Va. June 24, 2010). We deny Fawley's motion to allow documents, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>